IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ENTERPRISE HOLDINGS, INC., )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ENTERPRISECARRENTALS.COM, )<br>    an Internet Domain Name, )<br>    Defendant. ) | Civil Action No. 1:11cv1152 |

### JUDGMENT ORDER

Upon consideration of the January 30, 2012 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the January 30, 2012 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff and against defendant.

It is further **ORDERED** that VeriSign, Inc. and MarkMonitor are **DIRECTED** to take prompt steps to ensure that ownership and registration of the defendant domain name <enterprisecarrentals.com> is **TRANSFERRED** to plaintiff, as set forth in the Report and Recommendation.

The Clerk is **DIRECTED** to enter judgment pursuant to Rule 58, Fed. R. Civ. P. and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a certified copy of this Judgment Order to defendant, VeriSign, and all counsel of record.

Alexandria, VA
February 16, 2012

/s/
T. S. Ellis, III
United States District Judge